UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED

MAR – 1 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

CALVIN JENNINGS                                C5581-088

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg.# of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. 2:04-00168
*(Number to be assigned by Court)*

~~CORRECTIONAL OFFICER STARGERS~~

WEST VIRGINIA COUNTY JAIL

*(Enter above the full name of the defendant or defendants in this action).*

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____     No  XXX

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2. Court (if federal court, name the district; if state court, name the county):

        _____

        _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

        _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

        _____

    6. Approximate date of filing lawsuit:_____

    7. Approximate date of disposition:_____

II. **Place of Present Confinement:** USMCFP, SPRINGFIELD, MISSOURI

    A. Is there a prisoner grievance procedure in this institution?

        Yes XXX      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes XXX      No ____

    C. If your answer is YES:

        1. What steps did you take? PLAINTIFF FILED STATE ACTION GRIEVANCE

        2. What was the result? PENDING INVESTIGATION

    D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: CALVIN JENNINGS

       Address: P.O. BOX 4000, SPRINGFIELD, MISSOURI 65801

    B. Additional Plaintiffs and Address: ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant  STARGERS

is employed as  CORRECTIONAL OFFICER

at  SOUTH CHARLESTON WEST VIRGINIA JAIL

D. Additional defendants:

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

PLAINTIFF WAS ASSAULTED AND PUSHED DOWN TO THE FLOOR

BY DEFENDANT CORRECTIONAL OFFICER STARGERS AFTER TALKING

TO NURSE AND THE PLAINTIFF'S BACK RIGHT SIDE AND WRIST

ON RIGHT ARM WAS INJURIED. PLAINTIFF IS STILL TAKING

PAIN PILLS FOR HIS INJURIED BACK MUSCLES AND IS IN

PHYSICAL THERAPY FOR HIS BACK WHICH HAPPENED ON

October 9, 2003 AT THE WEST VIRGINIA JAIL.

4

## IV. Statement of Claim (continued):

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF SEEKS FINANCIAL COMPENSATION FOR THE INJURY

TO HIS BACK IN ADDITION TO 15,000 DOLLARS IN PUNITIVE

DAMAGES FOR PSYCHIATRIC AND PSYCHOLOGICAL DEPRESSION

AND EMOTIONAL DISTRESS SUSTAINED FROM THE INJURY TO

HIS BACK.

5

## V. Relief (continued)

_____
_____
_____
_____
_____

## VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

    Yes _____   No xxx

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: PLAINTIFF DOESN'T HAVE ACCESS TO A PRIVATE ATTORNEY TO REPRESENT HIM IN THIS ACTION.

C. Have you previously had a lawyer representing you in a civil action in this court?

    Yes _____   No xxx

6

If so, state the lawyer's name and address:

_____

_____

Signed this \_\_15th\_\_ day of \_\_\_JANUARY_____, 20 04.

_____

_____

*Calvin W. Jennings*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  \_\_\_JANUARY 15, 2004_____
(Date)

*Calvin W. Jennings*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

# WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY

## INMATE GRIEVANCE

NAME _____  DATE _____

INMATE NUMBER _____ POD ____ SEC _1_ ROOM _10_

TO: _____

GRIEVANCE: On 10-9-03 I _____ to _____ _____ _____ against the Sergeant for putting his hand on me causing injure to my _____ at Huf _____ _____ _____ _____ of my back. No one has _____ to me. I sent one inmate of my grievance back, Sergeant Jarrett was _____ to investigate. I want a Lawyer. I have 32 witness. Please RESPOND. THANKS.

_____
INMATE SIGNATURE

### RESPONSE/DISPOSITION

_____

DATE _____ SIGNATURE _____

RJCFA-05

## AFFIDAVIT OF SERVICE

I, **Calvin Jennings**, do certify that a true copy of **Petition under 42 U.S.C. § 1983** was served upon the below named individual, by placing said in the **United States mail** on this **13th** day of **January 2004**, addressed to:

Respectfully,

*Calvin W. Jennings*
Calvin Jennings
Petitioner/plaintiff

United States Attorney
Southern District of West Virginia
300 Virginia Street East
Charleston, West Virginai   25301